# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

June 26, 2023

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA  30303

Re:  Micheal W. Buckner, as Trustee of the United Mine Workers of America 1992 Benefit Plan, et al.
v. United States Pipe & Foundry Co., et al.
No. 22-115
(Your No. 20-13832)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk